IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA CASEY CARTER,

      Plaintiff,                    No. CIV S-07-0994 LKK DAD P

   vs.

RENEE KANAN, et al.,

      Defendant.               FINDINGS & RECOMMENDATIONS

_____/

      On May 25, 2007, this case was transferred from the United States District Court for the Northern District of California to this court, where venue is proper. On May 25, 2007, the court served new case documents on plaintiff at his address of record, but they were returned as undeliverable by the postal service. It appears that plaintiff has failed to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any address change.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for plaintiff's failure to keep the court apprised of his current address. See Local Rules 83-182(f) and 11-110.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

1  days after being served with these findings and recommendations, plaintiff may file written
2  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
3  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
4  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5  F.2d 1153 (9th Cir. 1991).
6  DATED: May 14, 2008.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

10  DAD:9
   cart0994.33a